1
2
3                    UNITED STATES DISTRICT COURT
4                  NORTHERN DISTRICT OF CALIFORNIA
5

| | |
|---|---|
| KEITH R. RIOS,<br><br>            Petitioner,<br><br>      v.<br><br>MONTEREY COUNTY DEPARTMENT<br>OF SOCIAL AND EMPLOYMENT<br>SERVICES,<br><br>            Respondent. | Case No.  15-cv-03147-VC  (PR)<br><br>**ORDER DISMISSING WITH PREJUDICE PETITION FOR WRIT OF HABEAS CORPUS**<br><br>Re: Dkt. Nos. 3, 4 |

        Petitioner Keith R. Rios is a state prisoner incarcerated at Avenal State Prison.  He has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging an order of the Monterey County Superior Court terminating his parental rights under the California Welfare and Institutions Code.  Rios' motion for leave to proceed *in forma pauperis* is granted. He also moves for the appointment of counsel, which is denied.

        Federal law opens two main avenues to relief on complaints related to imprisonment: a petition for habeas corpus, 28 U.S.C. § 2254, and a complaint under the Civil Rights Act, 42 U.S.C. § 1983.  *Hill v. McDonough*, 547 U.S. 573, 579 (2006).  Challenges to the lawfulness of confinement or to particulars affecting its duration are the province of habeas.  *Id.*  A challenge to the circumstances of an inmate's confinement may be brought under § 1983.  *Id.*

        Because Rios is challenging a state court order terminating his parental rights and is not challenging the lawfulness or duration of his confinement in prison, his claims are not cognizable in a federal habeas proceeding.  Therefore, this action must be dismissed.  Because amendment would be futile, the action is dismissed with prejudice.[1]

_____

        [1]Rios previously challenged the same state court proceeding in a federal civil rights action, which was dismissed on November 28, 2011.  *See Rios v. Nady, et al.*, Case No. C 11-4860 PJH (PR), ECF Dkt. No. 11.

United States District Court
Northern District of California

Further, a certificate of appealability is denied.  Rios has not shown "that jurists of reason would find it debatable whether the district court was correct in its procedural ruling."  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  Rios may seek a certificate of appealability from the Ninth Circuit Court of Appeals.

This order terminates docket numbers 3 and 4.  The clerk shall enter a separate judgment and close the file.

**IT IS SO ORDERED**.

Dated: July 22, 2015

_____

VINCE CHHABRIA
United States District Judge

1

2

3

4                       UNITED STATES DISTRICT COURT

5                     NORTHERN DISTRICT OF CALIFORNIA

6

7    KEITH R. RIOS,                          Case No.  15-cv-03147-VC

                      Plaintiff,
8
                                             **CERTIFICATE OF SERVICE**
9          v.

10   MONTEREY COUNTY DEPARTMENT
     OF SOCIAL AND EMPLOYMENT
11   SERVICES,

12                    Defendant.

13          I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.

14   District Court, Northern District of California.

15          That on July 22, 2015, I SERVED a true and correct copy(ies) of the attached, by placing

16   said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by

17   depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery

18   receptacle located in the Clerk's office.

19

20   Keith R. Rios ID: AG0877
     Avenal State Prison 330-23-1L
21   PO Box 903
     Avenal, CA 93204
22

23   Dated: July 22, 2015

24                                           Richard W. Wieking
                                             Clerk, United States District Court
25

26

27   By:_____
                                             Kristen Melen, Deputy Clerk to the
28                                           Honorable VINCE CHHABRIA

                                        3