1

2

3

4               UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT OF CALIFORNIA

6

7   KEITH R. RIOS,                          Case No.  15-cv-03147-VC(PR)

                Petitioner,
8                                           **JUDGMENT**

9        v.

10  MONTEREY COUNTY DEPARTMENT
    OF SOCIAL AND EMPLOYMENT
    SERVICES,
11
                Respondent.
12

13       For the reasons set forth in the Order of Dismissal With Prejudice entered today, a

14  judgment of dismissal with prejudice is entered.  The Clerk shall close the file.

15

16

17  Dated:   July 22, 2015                   _____

                                            VINCE CHHABRIA
18                                          United States District Judge

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

KEITH R. RIOS,

Case No.  15-cv-03147-VC

                    Plaintiff,

8
9

          v.

**CERTIFICATE OF SERVICE**

10

MONTEREY COUNTY DEPARTMENT
OF SOCIAL AND EMPLOYMENT
SERVICES,

11
12

                    Defendant.

13          I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.

14   District Court, Northern District of California.

15          That on July 22, 2015, I SERVED a true and correct copy(ies) of the attached, by placing

16   said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by

17   depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery

18   receptacle located in the Clerk's office.

19
20   Keith R. Rios ID: AG0877
     Avenal State Prison 330-23-1L
21   PO Box 903
     Avenal, CA 93204
22
23
24   Dated: July 22, 2015

25                                                      Richard W. Wieking
                                                        Clerk, United States District Court
26
27   By:_____
28   Kristen Melen, Deputy Clerk to the
     Honorable VINCE CHHABRIA
     2

United States District Court
Northern District of California